

Jay S. Berke (JB 6500)
A Member of the Firm
SKADDEN, ARPS, SLATE,
   MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Attorneys for Plaintiff

**07 CV 3183**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------x
BLACKROCK, INC.,

                Plaintiff,

    - against -

SCHRODERS PLC.

                Defendant.

------------------------------------------x

___ Civ. ___

**RULE 7.1**
**DISCLOSURE STATEMENT**

       Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for BlackRock, Inc. (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party which are publicly held and own ten percent or more of the stock of BlackRock, Inc.:  Merrill Lynch & Co., Inc. and PNC Bancorp, Inc, which is owned by The PNC Financial Services Group, Inc.

.

Dated: New York, New York
      April 20, 2007

                    Jay S. Berke (JB 6500)
                    A Member of the Firm
                    SKADDEN, ARPS, SLATE,
                      MEAGHER & FLOM LLP
                    Four Times Square
                    New York, New York 10036
                    Phone: (212) 735-3000
                    Fax:   (212) 735-2000
                    Attorneys for Plaintiff