Jay S. Berke (JB 6500)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

| | | |
|---|---|---|
| BLACKROCK, INC., | : | 07 CV 3183 (PKL) |
| | : | |
| Plaintiff, | | |
| | : | AFFIDAVIT OF SERVICE BY |
| -against- | | <u>INTERNATIONAL REGISTERED MAIL</u> |
| | : | |
| SCHRODERS PLC, | | |
| | : | |
| Defendant. | | |

------------------------------------x

STATE OF NEW YORK      )
                       ) ss.:
COUNTY OF NEW YORK     )

      Charles Fernandez, being duly sworn, deposes and says:

      1.  I am not a party to the action, am over 18 years of age and am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

      2.  On April 20, 2007, I served a true copy of the

- *Summons,*
- *Complaint,*
- *Civil Cover Sheet,*
- *Individual Rules of Judge Peter K. Leisure,*
- *Individual Rules of Magistrate Judge James C. Francis,*
- *Procedures for Electronic Case Filing,*
- *Third Amended Instructions for Filing an Electronic Case or Appeal* and
- *Guidelines for Electronic Case Filing*

upon the following by International Registered (Express) Mail, Return Receipt Requested:

    Schroders PLC
    Attn: Howard Trust, Group General Counsel
    31 Gresham Street
    London EC2V 7QA
    England
    (Registered No. RA 512957778US)

by enclosing the aforementioned documents into a post-paid properly addressed envelope and delivering same to an official of the U.S. Postal Service within the State of New York for their exclusive care and custody.

    3. A copy of the receipt from the U. S. Postal Service reflecting their acceptance of the Registered Mail for international delivery is annexed hereto and made a part hereof.

_____
Charles Fernandez

Sworn to before me this
24th day of April 2007.

_____
Steven Ray Katzenstein
Notary Public, State of New York
No. 01KA4745340
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 30, 2011

2

| Registered No. RA512957778US | | |
|---|---|---|
| Reg. Fee $ 7.90 | | |
| Handling Charge $ — | Return Receipt $ 1.85 | |
| Postage $ 12.80 | Restricted Delivery $ — | |
| Received by | | |
| Customer Must Declare Full Value $ | ☐ With Postal Insurance ☐ Without Postal Insurance | |

Date Stamp: APR 20 2007

Domestic Insurance up to $25,000 is Included in the fee. International Indemnity is limited. *(See Reverse).*

FROM:
Edward Strecker
Skadden, Arps
Four Times Square, 24-306
New York, New York 10036

TO:
Schroders PLC
31 Gresham Street
London EC2V 7QA
ENGLAND

PS Form **3806**, June 2002   Receipt for Registered Mail   Copy 1 - Customer *(See Information on Reverse)*

For delivery information, visit our website at *www.usps.com* ®

---

```
=====================================
JAMES A. FARLEY MAIN OFFICE
      NEW YORK, New York
          101999004
        3558250028-0080
/20/2007 (180)027-5877 06:48:55 PM
=====================================
========= Sales Receipt =========
 roduct         Sale Unit      Final
 scription       Qty  Price    Price
-------------------------------------
 eat Britain and              $12.1
 rthern Ireland -
 r Letter-post
   1b.  9.80 oz.
 eturn Receipt                $1.
 Registered                   $7.
 Insured Value :     $0.00
 Article Value :     $0.00
 Label #:       RA512957778US
 Customer Postage            -$22
   Subtotal:                   $0
                             =====
 ssue PVI:                     $0

                          =========
  tal:                      $0.00

 id by:

  er stamps at USPS.com/shop or
   l 1-800-Stamp24.  Go to
   S.com/clicknship to print
   pping labels with postage.  For
   er information call
 1 00-ASK-USPS.

    l#:1002000649504
     rk:42

   sales final on stamps and postage
   unds for guaranteed services only
   Thank you for your business.

          Customer Copy
```

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

__Southern__ DISTRICT OF __New York__

BLACKROCK, INC.,

        Plaintiff,

V.

SCHRODERS PLC,

        Defendant.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 07 CV 3183

JUDGE LEISURE

TO: (Name and address of defendant)

SCHRODERS PLC
31 GRESHAM STREET
LONDON EC2V 7QA
ENGLAND

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

JAY S. BERKE
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
4 TIMES SQUARE
NEW YORK, NEW YORK 10036

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

**J. MICHAEL McMAHON**

CLERK

(BY) DEPUTY CLERK

APR 20 2007

DATE

AO 440 (Rev. 10/93) Summons In a Civil Action -SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me[1] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____
_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____
_____

☐ Returned unexecuted: _____
_____
_____
_____

☐ Other *(specify):* _____
_____
_____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES | TOTAL |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____        _____
                            Date                                                        Signature of Server

                                                                        _____
                                                                        Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.