Jay S. Berke (JB 6500)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

| | | |
|---|---|---|
| BLACKROCK, INC., | : | 07 CV 3183 (PKL) |
| | : | |
| Plaintiff, | : | Electronically Filed |
| | : | |
| -against- | : | AFFIDAVIT OF SERVICE BY |
| | : | <u>INTERNATIONAL REGISTERED MAIL</u> |
| SCHRODERS PLC, | | |
| | : | |
| Defendant. | | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

STATE OF NEW YORK          )
                           ) ss.:
COUNTY OF NEW YORK         )

Charles Fernandez, being duly sworn, deposes and says:

1. I am not a party to the action, am over 18 years of age and am employed by Skadden, Arps, Slate, Meagher & Flom LLP, Four Times Square, New York, NY 10036.

2. On April 20, 2007, I served a true copy of the

- ***Order to Show Cause** signed by Judge Keenan on April 20, 2007 with the Attachments A & B annexed thereto,*
- ***Memorandum of Law in Support of Plaintiff's Order to Show Cause,***
- ***Affidavit of Robert P. Connolly,***
- ***Compendium of Unreported Decisions Cited in the Memorandum of Law in Support of Plaintiffs' Order to Show Cause** and*
- ***Complaint***

upon the following by International Registered (Express) Mail, Return Receipt Requested:

> Schroders PLC
> Attn: Howard Trust, Group General Counsel
> 31 Gresham Street
> London EC2V 7QA
> England
> (Registered No. RA 401403789US)

by enclosing the aforementioned documents into a post-paid properly addressed envelope and delivering same to an official of the U.S. Postal Service within the State of New York for their exclusive care and custody.

      3. A copy of the receipt from the U. S. Postal Service reflecting their acceptance of the Registered Mail for international delivery is annexed hereto and made a part hereof.

                                      _____
                                            Charles Fernandez

Sworn to before me this
1st day of May 2007.

_____
Steven Ray Katzenstein
Notary Public, State of New York
No. 01KA4745340
Qualified in Queens County
Certificate Filed in New York County
Commission Expires June 30, 2011

2

