Jay S. Berke (JB 6500)
A Member of the Firm
SKADDEN, ARPS, SLATE,
    MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036
(212) 735-3000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
BLACKROCK, INC.,

                Plaintiff,

     - against -

SCHRODERS PLC.

                Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

07 Civ. 3183 (PKL)

**COMPENDIUM OF UNREPORTED DECISIONS CITED IN THE MEMORANDUM OF
LAW IN SUPPORT OF PLAINTIFFS' ORDER TO SHOW CAUSE**

# INDEX

**CASES**                                                                **TAB**

Alberta Ltd. v. Pocklington (2001) 194 DLR (4th) 109 .......................................................1

Benham Jewelry Corp. v. Aron Basha Corp., No. 97 Civ. 3841 (RWS), 1997 WL 639037 (S.D.N.Y. Oct. 14, 1997) ................................................................................2

DoubleClick, Inc. v. Henderson, No. 116914/97, 1997 WL 731413 (Sup. Ct. N.Y. County Nov. 7, 1997)...............................................................................................3

Douglas v. Hello! Ltd [2005] EWCA Civ. 595 .................................................................4

Higher District Court Karlsruhe, decision from 24 January 2001 - 6 U 167/00...................5

Hivac v. Park Royal Sci. Instr., Ltd [1946] Ch 169............................................................6

Keybank, National Associate v. Quality Payroll Systems, Inc., CV 06-3013, 2006 WL 1720461 (E.D.N.Y. June 22, 2006) ..................................................................7

Mainstream Properties v. Young & Ors [2005] EWCA Civ. 861 ........................................8

Prudential Insurance Co. of America v. Barone, No. 98-CV-0272E (SC), 1998 WL 269065 (W.D.N.Y. May 19, 1998)..................................................................9

Sovereign Bus. Forms, Inc. v. Stenrite Industrial, Inc., No. 00 Civ. 3867 BDP, 2000 WL 1772599 (S.D.N.Y. Nov. 28, 2000)..........................................................10