PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Frederick A. Brodie (FB 6429)

2300 N Street, NW
Washington, DC 20037-1122
(202) 663-8000
Christine N. Kearns (*Pro Hac Vice* pending)

Attorneys for Defendant
Schroders plc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLACKROCK, INC.,<br><br>    Plaintiff,<br><br>v.<br><br>SCHRODERS PLC,<br><br>    Defendant. | 07 CV 3183 (PKL)<br>ECF CASE ELECTRONICALLY FILED |

RULE 7.1 STATEMENT

Pursuant to Local Civil Rule 7.1, Defendant **SCHRODERS plc**, by its undersigned

attorneys, certifies that it is publicly held and listed on the London Stock Exchange, but

that it has no corporate parents, subsidiaries or affiliates that are publicly held.

Dated: New York, NY　　　　　Respectfully submitted,
　　　　　May 7, 2007


　　　　　　　　　　　　　　　　　_____/s/ Frederick A. Brodie_____
　　　　　　　　　　　　　　　　　Frederick A. Brodie, Esq. (FB 6429)
　　　　　　　　　　　　　　　　　PILLSBURY WINTHROP SHAW PITTMAN
　　　　　　　　　　　　　　　　　1540 Broadway
　　　　　　　　　　　　　　　　　New York, New York 10036-4039
　　　　　　　　　　　　　　　　　(212) 858-1000

　　　　　　　　　　　　　　　　　Christine N. Kearns, Esq. (*Pro Hac Vice* pending)
　　　　　　　　　　　　　　　　　PILLSBURY WINTHROP SHAW PITTMAN
　　　　　　　　　　　　　　　　　2300 N Street, N.W.
　　　　　　　　　　　　　　　　　Washington, D.C. 20037-1128
　　　　　　　　　　　　　　　　　(202) 663-8000

　　　　　　　　　　　　　　　　　Attorneys for Defendant Schroders plc