PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Frederick A. Brodie (FB 6429)

2300 N Street, NW
Washington, DC 20037-1128
(202) 663-8000
Christine N. Kearns (*Pro Hac Vice* pending)

Attorneys for Defendant
Schroders plc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLACKROCK, INC.,<br><br>            Plaintiff,<br><br>     v.<br><br>SCHRODERS PLC,<br><br>            Defendant. | 07 CV 3183 (PKL)<br>ECF CASE ELECTRONICALLY FILED |

### NOTICE OF DEFENDANT'S MOTION TO DISMISS

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, dated May 7, 2007, the accompanying Declaration of Christine N. Kearns, Esq., dated May 7, 2007, the accompanying Declaration of Howard Trust, dated May 2, 2007, the accompanying Declaration of Oliver Driver-Polke, dated May 7, 2007, and on all prior proceedings and pleadings had herein, Defendant Schroders plc, will move this Court, before the Honorable Peter K. Leisure, United States District Judge, 500 Pearl Street, New York, New York, on a date and time to be decided by the Court when counsel can be heard, for an order:

-2-

(1) pursuant to Fed. R. Civ. P. 12(b)(2) dismissing Plaintiff's Complaint because this Court lacks personal jurisdiction over Defendant Schroders plc; or,

(2) dismissing Plaintiff's Complaint on the ground of *forum non conveniens*.

For these reasons, as more fully set forth in the accompanying papers, the Complaint in its entirety should be dismissed.

PLEASE TAKE FURTHER NOTICE, that pursuant to Southern District of New York Local Rule 6.1(b), answering papers, if any, shall be served within ten business days after service of the papers herein.

Dated:  New York, NY
        May 7, 2007

                              /s/ Frederick A. Brodie
                    Frederick A. Brodie, Esq. (FB 6429)
                    PILLSBURY WINTHROP SHAW PITTMAN
                    1540 Broadway
                    New York, New York 10036-4039
                    (212) 858-1000

                    Christine N. Kearns, Esq. (*Pro Hac Vice* pending)
                    PILLSBURY WINTHROP SHAW PITTMAN
                    2300 N Street, N.W.
                    Washington, D.C. 20037-1128
                    (202) 663-8000

                    Attorneys for Defendant Schroders plc

-2-
400567608v1