PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Frederick A. Brodie (FB 6429)

2300 N Street, NW
Washington, DC 20037-1128
(202) 663-8000
Christine N. Kearns (*Pro Hac Vice* pending)

Attorneys for Defendant
Schroders plc

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLACKROCK, INC., <br><br>       Plaintiff, <br><br>       v. <br><br> SCHRODERS PLC, <br><br>       Defendant. | 07 CV 3183 (PKL) <br> ECF CASE ELECTRONICALLY FILED |

**DECLARATION OF CHRISTINE N. KEARNS IN SUPPORT OF**
**DEFENDANT'S MOTION TO DISMISS**

I, CHRISTINE N. KEARNS, a member of the District of Columbia and Maryland bars, declare as follows:

1. I am a partner in the law firm Pillsbury Winthrop Shaw Pittman LLP, counsel for Defendant Schroders plc. I have submitted an application to practice before this Court *pro hac vice*. I submit this Declaration in support of Schroders plc's Motion to Dismiss to put before this Court exhibits relied on in the Motion.

-2-

2. Annexed as Exhibit A is an English translation of an August 8, 2005 employment contract between Merrill Lynch Investment Managers (Deutschland) GmbH and Achim Küssner.

3. Annexed as Exhibit B is an English translation of a September 4, 2006 letter from Merrill Lynch to Achim Küssner.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 7, 2007.

                                                  /s/ Christine N. Kearns
                                                  Christine N. Kearns