# Consolidated balance sheet
31 December 2006

**Schroders**
**Financial accounts**

**44/45**

|  | Notes | 2006 £mn | 2005 £mn |
|---|---|---|---|
| **Non-current assets** | | | |
| Goodwill | 9 | 65.3 | 24.6 |
| Intangible assets | 10 | 15.0 | 5.6 |
| Property, plant and equipment | 11 | 12.7 | 9.4 |
| Associates | 12 | 21.7 | 31.6 |
| Joint ventures | 13 | 3.6 | 4.1 |
| Financial assets | 15 | 198.6 | 123.9 |
| Deferred tax | 23 | 44.4 | 54.9 |
| Trade and other receivables | 16 | 420.8 | 303.0 |
|  |  | **782.1** | **557.1** |
| **Current assets** | | | |
| Financial assets | 17 | 1,664.0 | 1,795.9 |
| Current tax |  | 16.5 | 17.7 |
| Trade and other receivables | 16 | 617.0 | 544.9 |
| Cash and cash equivalents | 20 | 439.2 | 402.4 |
|  |  | **2,736.7** | **2,760.9** |
| Non-current assets held for sale | 21 | 60.1 | 23.4 |
| **Assets backing insurance unit-linked liabilities** | | | |
| Investments in authorised unit trusts | 14 | 1,307.4 | – |
| Other financial assets | 14 | 211.7 | – |
| Cash and cash equivalents | 14 | 12.9 | – |
|  |  | 1,532.0 | – |
| **Total assets** |  | **5,110.9** | **3,341.4** |
| **Equity** | | | |
| Called up share capital | 29 | 293.9 | 298.5 |
| Share premium account | 29 | 36.4 | 32.1 |
| Other reserves | 31 | 15.1 | – |
| Capital reserves | 31 | 156.3 | 185.5 |
| Own shares held | 30 | (90.9) | (45.7) |
| Net exchange differences | 31 | (53.7) | 12.2 |
| Retained profits | 31 | 1,086.3 | 860.2 |
| **Equity attributable to equity holders of the parent** |  | **1,443.4** | **1,342.8** |
| Minority interests | 32 | 0.2 | 0.3 |
| **Total equity** |  | **1,443.6** | **1,343.1** |
| **Non-current liabilities** | | | |
| Financial liabilities | 22 | – | 12.0 |
| Deferred tax | 23 | 2.4 | 2.8 |
| Provisions | 24 | 10.8 | 10.1 |
| Trade and other payables | 25 | 325.2 | 185.3 |
|  |  | **338.4** | **210.2** |
| **Current liabilities** | | | |
| Financial liabilities | 22 | 0.3 | 4.2 |
| Provisions | 24 | 13.9 | 14.7 |
| Current tax |  | 31.9 | 32.9 |
| Trade and other payables | 25 | 1,750.8 | 1,736.3 |
|  |  | **1,796.9** | **1,788.1** |
| **Insurance unit-linked liabilities** | | | |
| Liability linked to life company investments | 14 | 1,532.0 | – |
| **Total equity and liabilities** |  | **5,110.9** | **3,341.4** |

Approved by the Board of Directors on 8 March 2007

**Jonathan Asquith** } Directors

**Bruno Schroder**

# Consolidated statement of recognised income and expense
for the year ended 31 December 2006

|  | Notes | 2006<br>£mn | 2005<br>£mn |
|---|---|---|---|
| Exchange differences on translation of foreign operations | 31 | (65.9) | 38.6 |
| Net gains/(losses) on hedges recognised directly in equity | 31 | 32.2 | (26.9) |
| Actuarial gains on defined benefit pension schemes | 31 | 5.5 | 5.1 |
| Net gains on available-for-sale investments | 31 | 65.2 | 44.3 |
| Tax on items taken directly to equity | 6(b), 31 | 6.6 | 6.8 |
| **Net income and expense recognised directly in equity** |  | **43.6** | **67.9** |
| **Profit for the year** | 31 | **221.9** | **193.3** |
| **Total recognised income and expense for the year** |  | **265.5** | **261.2** |
| **Attributable to:** |  |  |  |
| Minority interests | 32 | 0.6 | 2.0 |
| Equity holders of the parent |  | 264.9 | 259.2 |
|  |  | **265.5** | **261.2** |

# Consolidated cash flow statement
for the year ended 31 December 2006

**Schroders**
**Financial accounts**

**46/47**

|  | Notes | 2006 £mn | 2005 £mn |
|---|---|---|---|
| **Net cash from operating activities** | 33 | 209.2 | 92.2 |
|  |  |  |  |
| **Investing activities** |  |  |  |
| Proceeds from disposal of business |  | – | 0.2 |
| Acquisition of subsidiaries |  | (19.8) | (0.8) |
| Cash acquired with acquisitions |  | 6.8 | 0.8 |
| Purchase of joint ventures |  | – | (4.2) |
| Purchase of intangible assets |  | (4.6) | (1.8) |
| Purchase of property, plant and equipment |  | (7.1) | (5.7) |
| Purchase of non-current financial assets |  | (62.9) | (62.4) |
| Purchase of non-current assets held for sale |  | (90.1) | (23.4) |
| Disposal of non-current assets held for sale |  | 50.8 | – |
| Proceeds from sale of intangible assets |  | – | 0.1 |
| Proceeds from sale of non-current financial assets |  | 64.1 | 73.9 |
| Proceeds from sale of property, plant and equipment |  | 0.4 | 0.5 |
| Proceeds from repayment of loans by associates |  | – | 30.3 |
| Net proceeds from sale/(purchase) of current financial assets |  | 58.6 | (68.9) |
| Interest received |  | 9.0 | 15.7 |
| Dividends/capital distributions received from associates and joint ventures |  | 23.6 | 9.0 |
| **Net cash from/(used in) investing activities** |  | 28.8 | (36.7) |
|  |  |  |  |
| **Financing activities** |  |  |  |
| Proceeds from issue of share capital |  | 27.8 | 21.8 |
| Acquisition of own shares |  | (90.8) | (23.7) |
| Disposal of own shares |  | 37.3 | – |
| Redemption of ordinary share capital |  | (84.3) | (15.3) |
| Distributions made to minority interests |  | – | (11.9) |
| Dividends paid |  | (63.4) | (59.5) |
| **Net cash used in financing** |  | (173.4) | (88.6) |
|  |  |  |  |
| **Net increase/(decrease) in cash and cash equivalents** |  | 64.6 | (33.1) |
|  |  |  |  |
| Opening cash and cash equivalents |  | 402.4 | 432.1 |
| Net increase/(decrease) in cash and cash equivalents |  | 64.6 | (33.1) |
| Effect of exchange rate changes |  | (14.9) | 3.4 |
| **Closing cash and cash equivalents** |  | 452.1 | 402.4 |
|  |  |  |  |
| Closing cash and cash equivalents consists of: |  |  |  |
| Cash and cash equivalents backing insurance unit-linked liabilities | 14 | 12.9 | – |
| Other cash and cash equivalents held by the Group | 20 | 439.2 | 402.4 |
|  |  | 452.1 | 402.4 |