### 23. Deferred tax

| (a) Deferred tax liabilities | 2006 Accelerated capital allowances £mn | 2006 Temporary differences including bonuses £mn | 2006 Total £mn | 2005 Accelerated capital allowances £mn | 2005 Temporary differences including bonuses £mn | 2005 Total £mn |
|---|---|---|---|---|---|---|
| At 1 January | – | (2.8) | (2.8) | (2.1) | (2.1) | (4.2) |
| Exchange translation adjustments | – | 0.1 | 0.1 | – | 0.1 | 0.1 |
| Income statement credit/(expense) | – | – | – | 2.1 | (7.5) | (5.4) |
| Transfers | – | 0.3 | 0.3 | – | 6.7 | 6.7 |
| **At 31 December** | – | (2.4) | (2.4) | – | (2.8) | (2.8) |

| (b) Deferred tax assets | 2006 Accelerated capital allowances £mn | 2006 Temporary differences including bonuses £mn | 2006 Tax losses carried forward £mn | 2006 Total £mn |
|---|---|---|---|---|
| At 1 January | 8.5 | 43.8 | 2.6 | 54.9 |
| Exchange translation adjustments | – | (0.6) | – | (0.6) |
| Income statement expense | (2.4) | (6.3) | (1.4) | (10.1) |
| Credit taken to equity | – | 0.5 | – | 0.5 |
| Transfers | – | (0.3) | – | (0.3) |
| **At 31 December** | 6.1 | 37.1 | 1.2 | 44.4 |

| | 2005 Accelerated capital allowances £mn | 2005 Temporary differences including bonuses £mn | 2005 Tax losses carried forward £mn | 2005 Total £mn |
|---|---|---|---|---|
| At 1 January | 12.3 | 36.5 | 5.3 | 54.1 |
| Exchange translation adjustments | 0.2 | – | 0.3 | 0.5 |
| Income statement credit/(expense) | (4.0) | 7.2 | (3.0) | 0.2 |
| Credit taken to equity | – | 6.8 | – | 6.8 |
| Transfers | – | (6.7) | – | (6.7) |
| **At 31 December** | 8.5 | 43.8 | 2.6 | 54.9 |

Deferred tax assets recognised include an asset of £3.9 million (2005: £7.9 million) in respect of one UK entity which suffered losses in the preceding period. Surplus capital assets could be distributed in the UK to provide an interest return sufficient to absorb the UK losses in question. Controlled Foreign Company profits are also likely to arise in future periods.

A deferred tax asset of £10.4 million (2005: £11.3 million) relating to realised and unrealised capital losses has not been recognised as there is insufficient evidence that there will be sufficient taxable gains in the future against which the deferred tax asset could be utilised.

A deferred tax asset of £20.5 million (2005: £22.6 million) relating to losses and other temporary differences has not been recognised as there is insufficient evidence that there will be sufficient taxable profit against which these losses and temporary differences can be utilised. This unrecognised deferred tax includes an amount of £13.9 million (2005: £15.4 million) relating to US losses of £30.3 million (2005: £43.9 million), which are subject to a minimum expiry period of 14 years.

The aggregate amount of gross temporary differences regarding investments in subsidiaries is £230.6 million (2005: £262.9 million). Deferred tax has not been provided as the relevant parent company is able to control the timing of the reversal of the temporary differences and it is probable that the temporary differences will not reverse in the foreseeable future.

A deferred tax asset of £5.0 million (2005: £6.6 million) relating to Excess Unrelieved Foreign Tax has not been recognised as there is insufficient evidence that there will be sufficient taxable profit in the future against which the deferred tax asset could be utilised.

# Notes to the Accounts
for the year ended 31 December 2006

## 24. Provisions

|  | Legal £mn | Surplus space and other £mn | Total £mn |
|---|---|---|---|
| At 1 January 2006 | 7.8 | 17.0 | 24.8 |
| Exchange translation adjustments | (0.6) | (0.5) | (1.1) |
| Provisions utilised | (1.3) | (3.5) | (4.8) |
| Additional provisions charged in the year | – | 5.8 | 5.8 |
| **At 31 December 2006** | **5.9** | **18.8** | **24.7** |
| | | | |
| Current – 2006 | 5.9 | 8.0 | 13.9 |
| Non-current – 2006 | – | 10.8 | 10.8 |
| | 5.9 | 18.8 | 24.7 |
| | | | |
| Current – 2005 | 7.8 | 6.9 | 14.7 |
| Non-current – 2005 | – | 10.1 | 10.1 |
| | 7.8 | 17.0 | 24.8 |

**Legal**
The amounts represent a provision for certain legal claims predominantly relating to indemnification provisions under the terms of the sale of the investment banking business in April 2000. Details of such provisions are not given as the Directors feel that to do so may prejudice any ongoing actions. The Group aims where possible to seek resolution of these claims by 31 December 2007.

**Surplus space**
Provisions of £16.9 million (2005: £16.0 million) have been made against certain leaseholds in connection with surplus space. The provisions have been made taking into account residual lease commitments, other outgoings and sub-letting arrangements. In arriving at the provisions, the cash flows have been discounted at rates representing an estimation of the interest rates relevant to the period of provision. The weighted average of these rates is 4.7 per cent. (2005: 4.7 per cent.). It is envisaged that the provisions will be utilised on an even basis until 2015.

The carrying amounts of the Group's provisions are denominated in the following currencies:

|  | 2006 | | | 2005 | | |
|---|---|---|---|---|---|---|
|  | Before hedging £mn | Effect of hedging £mn | Net exposure £mn | Before hedging £mn | Effect of hedging £mn | Net exposure £mn |
| Sterling | 16.4 | 3.7 | 20.1 | 13.1 | 5.1 | 18.2 |
| US dollar | 7.1 | (3.7) | 3.4 | 10.2 | (4.9) | 5.3 |
| Swiss franc | 1.1 | – | 1.1 | 1.1 | – | 1.1 |
| Other | 0.1 | – | 0.1 | 0.4 | (0.2) | 0.2 |
| | 24.7 | – | 24.7 | 24.8 | – | 24.8 |

## 25. Trade and other payables

|  | 2006 | | | 2005 | | |
|---|---|---|---|---|---|---|
|  | Current £mn | Non-current £mn | Total £mn | Current £mn | Non-current £mn | Total £mn |
| Retirement benefit obligations | – | 3.1 | 3.1 | – | 3.3 | 3.3 |
| Settlement accounts | 93.1 | – | 93.1 | 48.2 | – | 48.2 |
| Trade creditors | 14.8 | – | 14.8 | 16.0 | – | 16.0 |
| Social security | 17.7 | 9.8 | 27.5 | 26.2 | 4.1 | 30.3 |
| Accruals and deferred income | 173.9 | 37.5 | 211.4 | 148.3 | 31.7 | 180.0 |
| Non-equity minority interests (see note 32) | 1.2 | – | 1.2 | 13.3 | – | 13.3 |
| Other liabilities | 29.0 | 39.5 | 68.5 | 22.2 | 20.3 | 42.5 |
| | 329.7 | 89.9 | 419.6 | 274.2 | 59.4 | 333.6 |
| Deposits by banks (see note 26) | 169.1 | 0.1 | 169.2 | 115.0 | 1.0 | 116.0 |
| Customer accounts (see note 27) | 1,241.3 | 218.2 | 1,459.5 | 1,327.3 | 121.9 | 1,449.2 |
| Derivative contracts (see note 28) | 10.7 | 17.0 | 27.7 | 19.8 | 3.0 | 22.8 |
| | 1,750.8 | 325.2 | 2,076.0 | 1,736.3 | 185.3 | 1,921.6 |

### 25. Trade and other payables (continued)

Detailed risk information on deposits by banks, customer accounts and derivative contracts can be found in notes 26, 27 and 28 below respectively. All other financial liabilities listed above are non-interest bearing. The carrying amount of the non-interest bearing trade and other payables approximates their fair value.

Non-equity minority interests arise where non-current assets previously classified as being held for sale (see note 21) are consolidated. When this occurs, the Group acquires a liability in respect of minority interests in the funds of which the Group has control. Such minority interests are distinguished from equity minority interests in that the Group does not hold an equity stake in such funds.

The carrying amounts of the Group's trade and other payables, other than those detailed in notes 26, 27 and 28, are denominated in the following currencies:

|  | 2006 £mn | 2005 £mn |
|---|---|---|
| Sterling | 248.6 | 213.6 |
| US dollar | 40.7 | 41.3 |
| Euro | 50.5 | 14.5 |
| Swiss franc | 14.1 | 7.5 |
| Japanese yen | 15.4 | 14.2 |
| Other | 50.3 | 42.5 |
|  | 419.6 | 333.6 |

### 26. Deposits by banks

|  | 2006 £mn | 2005 £mn |
|---|---|---|
| Deposits by banks | 169.2 | 116.0 |

|  | 2006 £mn | 2005 £mn |
|---|---|---|
| Maturing/repricing* in one year or less | 169.1 | 116.0 |
| Maturing/repricing* in more than one year but not more than two years | 0.1 | – |
|  | 169.2 | 116.0 |

* Whichever is earlier.

The weighted average maturity or repricing date (whichever is earlier) of the deposits is 0.1 years (2005: 0.2 years); the weighted average effective interest rate on the deposits is 3.9 per cent. (2005: 3.0 per cent.).

The deposits attract the following types of interest rate:

|  | 2006 £mn | 2005 £mn |
|---|---|---|
| Floating rate | 5.3 | 9.2 |
| Fixed rate | 161.8 | 105.1 |
| Non-interest bearing | 2.1 | 1.7 |
|  | 169.2 | 116.0 |

# Notes to the Accounts
for the year ended 31 December 2006

## 26. Deposits by banks (continued)

The carrying amounts of the Group's deposits by banks are denominated in the following currencies:

|  | 2006 £mn | 2005 £mn |
|---|---|---|
| Sterling | 22.9 | 23.5 |
| US dollar | 52.3 | 35.9 |
| Euro | 74.1 | 40.0 |
| Swiss franc | 17.3 | 12.3 |
| Japanese yen | 1.1 | 1.5 |
| Other | 1.5 | 2.8 |
|  | 169.2 | 116.0 |

## 27. Customer accounts

|  | 2006 £mn | 2005 £mn |
|---|---|---|
| Customer accounts | 1,459.5 | 1,449.2 |

|  | 2006 £mn | 2005 £mn |
|---|---|---|
| Maturing/repricing* in one year or less | 1,241.3 | 1,327.3 |
| Maturing/repricing* in more than one year but not more than two years | 31.0 | 12.2 |
| Maturing/repricing* in more than two years but not more than three years | 47.3 | 12.9 |
| Maturing/repricing* in more than three years but not more than four years | 87.1 | 17.4 |
| Maturing/repricing* in more than four years but not more than five years | 51.7 | 77.6 |
| Maturing/repricing* in more than five years | 1.1 | 1.8 |
|  | 218.2 | 121.9 |
|  | 1,459.5 | 1,449.2 |

* Whichever is earlier.

The weighted average maturity or repricing date (whichever is earlier) of the accounts is 0.5 years (2005: 0.4 years); the weighted average effective interest rate on the accounts is 4.0 per cent. (2005: 4.6 per cent.).

The accounts attract the following types of interest rate:

|  | 2006 £mn | 2005 £mn |
|---|---|---|
| Floating rate | 653.4 | 633.6 |
| Fixed rate | 682.1 | 701.2 |
| Non-interest bearing | 124.0 | 114.4 |
|  | 1,459.5 | 1,449.2 |

The carrying amounts of the Group's customer accounts are denominated in the following currencies:

|  | 2006 £mn | 2005 £mn |
|---|---|---|
| Sterling | 1,072.4 | 1,089.1 |
| US dollar | 190.9 | 205.8 |
| Euro | 171.9 | 106.6 |
| Swiss franc | 14.3 | 28.9 |
| Japanese yen | 5.4 | 8.6 |
| Other | 4.6 | 10.2 |
|  | 1,459.5 | 1,449.2 |