# Notes to the Accounts
for the year ended 31 December 2006

## 32. Minority interests

| | 2006 | | | 2005 | | |
|---|---|---|---|---|---|---|
| | Non-equity minority interests £mn | Equity minority interests £mn | Total £mn | Non-equity minority interests £mn | Equity minority interests £mn | Total £mn |
| At 1 January | 13.3 | 0.3 | 13.6 | – | 11.4 | 11.4 |
| Exchange translation adjustments | (1.4) | – | (1.4) | – | 0.6 | 0.6 |
| Additions (see note 39) | 28.7 | – | 28.7 | 19.1 | – | 19.1 |
| Disposals (see note 39) | (40.1) | – | (40.1) | (7.6) | – | (7.6) |
| Profit/(loss) retained for the year | 0.7 | (0.1) | 0.6 | 1.8 | 0.2 | 2.0 |
| Distributions made | – | – | – | – | (11.9) | (11.9) |
| **At 31 December** | **1.2** | **0.2** | **1.4** | **13.3** | **0.3** | **13.6** |

Non-equity minority interests arise when funds previously classified as non-current assets held for sale are consolidated (see notes 21, 25 and 39) and where the Group holds less than 100 per cent. of the investment in those funds.

## 33. Reconciliation of net cash from operating activities

| | 2006 £mn | 2005 £mn |
|---|---|---|
| Operating profit | 255.9 | 213.1 |
| **Adjustments for:** | | |
| Depreciation and amortisation of software | 7.5 | 10.9 |
| Amortisation of fund management contracts | 1.0 | – |
| Impairment of available-for-sale assets recycled through the income statement | 1.4 | 1.3 |
| Other amounts recycled through the income statement in respect of investments | (24.7) | (32.3) |
| Increase in trade and other receivables | (241.2) | (154.2) |
| Increase in trade and other payables and provisions | 195.1 | 402.1 |
| Increase in insurance unit-linked liabilities | 1,532.0 | – |
| Net decrease in financial liabilities | (15.9) | (18.0) |
| Profit on disposal of business | – | (0.2) |
| Charge for provisions | 5.8 | 9.4 |
| Net gains on financial assets held at fair value through profit or loss | (30.3) | (24.2) |
| Share-based payments expensed | 27.5 | 23.3 |
| Other non-cash movements | 42.7 | (26.1) |
| Special payment made to UK pension scheme | – | (30.3) |
| United Kingdom corporation tax recovered/(paid) | 5.1 | (16.1) |
| Overseas tax paid | (36.2) | (34.7) |
| Interest received | 10.6 | 11.8 |
| Interest paid | (1.4) | (1.2) |
| Net purchase of assets backing insurance unit-linked liabilities | (1,519.1) | – |
| Net purchase of current financial assets | (6.6) | (242.4) |
| **Net cash from operating activities** | **209.2** | **92.2** |

### 34. Commitments and contingent liabilities

| (a) Commitments | 2006 £mn | 2005 £mn |
|---|---|---|
| Documentary credits | 3.6 | 10.2 |
| Undrawn loan facilities | 100.6 | 99.9 |
| Investment call commitments | 55.6 | 12.2 |
| Other commitments | 6.6 | 6.6 |
| | 166.4 | 128.9 |

| (b) Contingent liabilities | 2006 £mn | 2005 £mn |
|---|---|---|
| Assets pledged as collateral security | 21.1 | 22.9 |
| Guarantees and irrevocable letters of credit | 38.0 | 15.9 |
| Other contingent liabilities | – | 0.4 |
| | 59.1 | 39.2 |

**(c) Future capital expenditure**
At 31 December 2006, there was £11.9 million (2005: £0.1 million) capital expenditure contracted but not provided in the accounts.

**(d) Litigation**
Certain Group undertakings are the subject of current or pending legal actions; the Directors believe that none of these actions, either individually or in aggregate, is likely to have a material adverse effect on the Group's financial position.

**(e) (i) Operating leases – as lessee**
At 31 December, the Group's commitments under non-cancellable operating leases were:

| | 2006 Offices £mn | 2006 Office equipment £mn | 2005 Offices £mn | 2005 Office equipment £mn |
|---|---|---|---|---|
| Commitment expiring: | | | | |
| Not later than one year | 22.1 | 0.5 | 23.0 | 1.6 |
| Later than one year and not later than five years | 89.0 | 0.9 | 91.9 | 0.3 |
| Later than five years | 57.1 | – | 76.2 | 2.1 |
| | 168.2 | 1.4 | 191.1 | 4.0 |

Leases in respect of office properties are negotiated for an average term of 3.6 years (2005: 3.6 years) and rentals are fixed for an average of 2.7 years (2005: 1.9 years). Leases in respect of office equipment are negotiated for an average term of 2.8 years (2005: 2.5 years) and rentals are fixed for an average of 2.5 years (2005: 1.9 years).

**(ii) Operating leases – as lessor**
The Group sublets certain of its properties around the world. At 31 December, the future minimum lease payments under non-cancellable operating leases were:

| | 2006 Offices £mn | 2005 Offices £mn |
|---|---|---|
| Commitment expiring: | | |
| Not later than one year | 2.8 | 3.3 |
| Later than one year and not later than five years | 6.6 | 9.1 |
| Later than five years | 2.2 | 3.2 |
| | 11.6 | 15.6 |

Subleases in respect of office properties are negotiated for an average term of 4.9 years (2005: 5.1 years) and rentals are fixed for an average of 4.9 years (2005: 4.1 years).

# Notes to the Accounts
for the year ended 31 December 2006

## 34. Commitments and contingent liabilities (continued)

**(f) Other**
The Group has a contractual obligation to reinstate certain leasehold premises before expiry of the lease in 2018. The Directors believe that this obligation cannot be provided for because it cannot be measured reliably.

Obligations of certain Group companies under the Euroclear settlement system are secured by charges on assets held on their behalf from time to time within that system and by cash deposits placed.

In the ordinary course of business, subsidiary undertakings have custody of customers' securities, act as trustees and issue indemnities on behalf of customers who have lost certificates of title.

The Company and subsidiary undertakings have also provided letters of comfort to regulatory authorities and others that subsidiary undertakings will be capitalised adequately and will meet their contractual obligations.

## 35. Awards to employees of rights to share-based payments

The Group has the following share-based payment arrangements:

Share Option Plan 2000*: Under this Plan, the Group grants market value share options over non-voting ordinary shares to executive Directors and other key employees. Options usually become exercisable if the option holder remains with the Group for at least three years and, for executive Directors, the performance target has been met. The performance target, in line with market practice, is that the Group's earnings per share growth (defined as the earnings per ordinary share before any exceptional items, as derived from the Company's Annual Report and Accounts) must be at least four per cent. per annum above the increase in the Retail Price Index over the initial three-year period.

Senior Executive Share Option Scheme 1986 and the Share Option Plan 1999*: Options over non-voting ordinary shares were granted to executive Directors and other key employees. In line with market practice at the time the Senior Executive Share Option Scheme 1986 was introduced, the vesting of these awards was not subject to performance conditions. Under the Share Option Plan 1999 the performance target of all option holders, including executive Directors, was that the Group's earnings per share growth must be at least two per cent. per annum above the increase in the Retail Price Index over a minimum five-year period. This performance condition was in line with market practice at the time of the award. The Group no longer grants awards under these former plans.

Equity Compensation Plan 2000*: Under this Plan, executive Directors and other key employees receive deferred bonus awards over ordinary and non-voting ordinary shares, normally structured as rights to acquire shares at nil cost. These awards are subject to forfeiture and will vest on the third anniversary provided the participant continues to be employed within the Group. Further details are given in the remuneration report on page 27.

All of the above share-based payment arrangements involve a maximum term of ten years for each option granted and are settled through the transfer of assets of Schroders plc to employees of the Group.

Share Incentive Plan: Under this plan approved by HM Revenue & Customs, eligible employees can purchase ordinary shares in the Group each month up to £1,500 per taxation year from their gross salary. In April 2006, the Group began to match employee share purchases up to £50 per month. These matching shares are effectively free shares awarded to the employee subject to their remaining in employment for one year.

* Certain employees have been awarded cash-settled equivalents to these share-based awards. The fair value of these awards is determined using the same methods and models used to value the equivalent equity-settled awards. The fair value of the liability is remeasured at each balance sheet date and at settlement date.

### 35. Awards to employees of rights to share-based payments (continued)

#### (a) Share option plans
Movements in the number of options over non-voting ordinary shares outstanding and their relative weighted average exercise prices are as follows:

|  | 2006 | | 2005 | |
| --- | --- | --- | --- | --- |
|  | Weighted average exercise price per share | Options | Weighted average exercise price per share | Options |
| At 1 January | 715p | 16,318,802 | 713p | 21,614,092 |
| Granted | 1085p | 36,866 | 711p | 350,133 |
| Forfeited | 492p | (38,079) | 624p | (1,332,086) |
| Exercised | 668p | (4,154,782) | 677p | (3,243,818) |
| Lapsed | 805p | (1,106,414) | 874p | (1,069,519) |
| **At 31 December** | 726p | 11,056,393 | 715p | 16,318,802 |
| Outstanding options immediately exercisable | 714p | 8,833,078 | 687p | 7,225,455 |

The weighted average share price, at exercise date, of options exercised during the year was £10.78 (2005: £8.49).

At 31 December 2006 the following options to subscribe for non-voting ordinary shares, with the weighted average contractual life remaining of 4.9 years (2005: 5.9 years), were outstanding:

#### (i) Under the terms of the Senior Executive Share Option Scheme 1986:

| Exercise period | Exercise price per share | 2006 number | 2005 number |
| --- | --- | --- | --- |
| 18 March 2001 to 17 March 2006 | 441p | – | 42,605 |

#### (ii) Under the terms of the Share Option Plan 1999:

| Exercise periods | Exercise price per share | 2006 number | 2005 number |
| --- | --- | --- | --- |
| 7 May 2004 to 6 May 2009 | 822p | 133,426 | 743,767 |
| 13 March 2005 to 12 March 2010 | 800p | 1,684,286 | 1,949,899 |
|  |  | 1,817,712 | 2,693,666 |

#### (iii) Under the terms of the Share Option Plan 2000:

| Exercise periods | Exercise price per share | 2006 number | 2005 number |
| --- | --- | --- | --- |
| 13 March 2006 to 12 March 2011 | 987p | 2,075,862 | 2,923,880 |
| 12 November 2006 to 11 November 2011 | 706p | 500,000 | 500,000 |
| 22 April 2005 to 21 April 2012 | 800p | 2,798,350 | 4,224,350 |
| 3 May 2005 to 2 May 2012 | 756p | 50,000 | 50,000 |
| 6 November 2005 to 30 April 2009 | 453p | 300,000 | 400,000 |
| 6 November 2005 to 5 November 2012 | 541p | 1,427,500 | 2,237,500 |
| 9 December 2005 to 8 December 2012 | 483p | 250,000 | 250,000 |
| 10 March 2006 to 9 March 2013 | 398p | 1,364,500 | 2,446,198 |
| 2 April 2006 to 1 April 2013 | 472p | – | 20,000 |
| 1 May 2006 to 30 April 2013 | 537p | – | 75,000 |
| 4 June 2006 to 3 June 2013 | 600p | – | 20,000 |
| 6 October 2006 to 5 October 2013 | 660p | 15,000 | 15,000 |
| 27 October 2006 to 26 October 2013 | 665p | 15,000 | 15,000 |
| 8 March 2007 to 7 March 2014 | 655p | 165,000 | 165,000 |
| 7 June 2007 to 6 June 2014 | 547p | 15,000 | 15,000 |
| 17 August 2007 to 16 August 2014 | 530p | 75,470 | 75,470 |
| 7 March 2008 to 6 March 2015 | 709p | 137,833 | 137,833 |
| 15 July 2008 to 14 July 2015 | 736p | 7,000 | 7,000 |
| 18 August 2008 to 17 August 2015 | 802p | 5,300 | 5,300 |
| 6 March 2009 to 5 March 2016 | 1085p | 36,866 | – |
|  |  | 9,238,681 | 13,582,531 |