| European Real Estate Securities Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| European Value Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Fixed Income Global Opportunities Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.00% | 0.00% | 0.00% |
| Class B | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.00% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.50% | 0.00% | 0.00% |
| Class E | 3.00% | 1.00% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global Allocation Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global Bond Fund (Euro) | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.00% | 0.00% | 0.00% |
| Class B | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.00% | 1.25% | 1.00% to 0.00% |
| Class E | 3.00% | 1.00% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.15% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global Bond Fund (US Dollar) | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.00% | 0.00% | 0.00% |
| Class B | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.00% | 1.25% | 1.00% to 0.00% |
| Class E | 3.00% | 1.00% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.15% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global Capital Securities Absolute Return Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 0.75% | 0.00% | 0.00% |
| Class B | 0.00% | 0.75% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 0.75% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.40% | 0.00% | 0.00% |
| Class E | 3.00% | 0.75% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global Dynamic Equity Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global Enhanced Equity Yield Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global Equity Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.15% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global Focus Fund* | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.75% | 0.00% | 0.00% |
| Class B | 0.00% | 1.75% | 1.00% | 4.00% - 0.00% |
| Class C | 0.00% | 1.75% | 1.25% | 1.00% - 0.00% |
| Class D | 2.00% | 1.00% | 0.00% | 0.00% |
| Class E | 3.00% | 1.75% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global Fundamental Value Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global Growth Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global High Yield Bond Fund (Euro) | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.35% | 0.00% | 0.00% |
| Class B | 0.00% | 1.35% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.35% | 1.25% | 1.00% to 0.00% |
| Class E | 3.00% | 1.35% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.35% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global Opportunities Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.50% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global Real Estate Securities Focus Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.75% | 0.00% | 0.00% |
| Class B | 0.00% | 1.75% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.75% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 1.00% | 0.00% | 0.00% |
| Class E | 3.00% | 1.75% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global Real Estate Securities Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Global SmallCap Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Greater China Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| India Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Japan Focus Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.75% | 0.00% | 0.00% |
| Class B | 0.00% | 1.75% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.75% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 1.00% | 0.00% | 0.00% |
| Class E | 3.00% | 1.75% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Japan Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.15% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Japan Opportunities Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.75% | 0.00% | 0.00% |
| Class B | 0.00% | 1.75% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.75% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 1.00% | 0.00% | 0.00% |
| Class E | 3.00% | 1.75% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.75% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Japan Value Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Latin American Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.75% | 0.00% | 0.00% |
| Class B | 0.00% | 1.75% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.75% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 1.00% | 0.00% | 0.00% |
| Class E | 3.00% | 1.75% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Local Emerging Markets Short Duration Bond Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.00% | 0.00% | 0.00% |
| Class B | 0.00% | 1.00% | 1.00% | 4.00% - 0.00% |
| Class C | 0.00% | 1.00% | 1.25% | 1.00% - 0.00% |
| Class D | 2.00% | 0.50% | 0.00% | 0.00% |
| Class E | 3.00% | 1.00% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 0.55% | 1.00% | 1.00% - 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| New Energy Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.75% | 0.00% | 0.00% |
| Class B | 0.00% | 1.75% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.75% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 1.00% | 0.00% | 0.00% |
| Class E | 3.00% | 1.75% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.75% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| North American Real Estate Securities Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Pacific Equity Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.15% | 1.00% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Sterling Reserve Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 0.00% | 0.75% | 0.00% | 0.00% |
| Class B | 0.00% | 0.75% | 0.00% | 0.00% |
| Class C | 0.00% | 0.75% | 0.00% | 0.00% |
| Class E | 0.00% | 0.75% | 0.25% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 0.75% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |