| Strategic Allocation Fund (Euro) | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.50% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Strategic Allocation Fund (US Dollar) | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.50% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| Thailand Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| UK Focus Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.75% | 0.00% | 0.00% |
| Class B | 0.00% | 1.75% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.75% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 1.00% | 0.00% | 0.00% |
| Class E | 3.00% | 1.75% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| United Kingdom Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.15% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| US Basic Value Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| US Dollar Core Bond Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 0.90% | 0.00% | 0.00% |
| Class B | 0.00% | 0.90% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 0.90% | 1.25% | 1.00% to 0.00% |
| Class E | 3.00% | 0.90% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 0.65% | 1.00% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| US Dollar High Yield Bond Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.35% | 0.00% | 0.00% |
| Class B | 0.00% | 1.35% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.35% | 1.25% | 1.00% to 0.00% |
| Class E | 3.00% | 1.35% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 0.55% | 0.75% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| US Dollar Low Duration Bond Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.00% | 0.00% | 0.00% |
| Class B | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.00% | 1.25% | 1.00% to 0.00% |
| Class E | 3.00% | 1.00% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| US Dollar Reserve Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 0.00% | 0.75% | 0.00% | 0.00% |
| Class B | 0.00% | 0.75% | 0.00% | 0.00% |
| Class C | 0.00% | 0.75% | 0.00% | 0.00% |
| Class E | 0.00% | 0.75% | 0.25% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 0.75% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| US Flexible Equity Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.15% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| US Focused Value Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| US Government Mortgage Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.00% | 0.00% | 0.00% |
| Class B | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.00% | 1.25% | 1.00% to 0.00% |
| Class E | 3.00% | 1.00% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.00% | 0.75% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| US Growth Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| US Opportunities Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.50% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| US SmallCap Value Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.50% | 0.00% | 0.00% |
| Class B | 0.00% | 1.50% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.50% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 0.75% | 0.00% | 0.00% |
| Class E | 3.00% | 1.50% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| World Bond Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 0.85% | 0.00% | 0.00% |
| Class B | 0.00% | 0.85% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 0.85% | 1.25% | 1.00% to 0.00% |
| Class E | 3.00% | 0.85% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| World Energy Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.75% | 0.00% | 0.00% |
| Class B | 0.00% | 1.75% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.75% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 1.00% | 0.00% | 0.00% |
| Class E | 3.00% | 1.75% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.75% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| World Financials Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.75% | 0.00% | 0.00% |
| Class B | 0.00% | 1.75% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.75% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 1.00% | 0.00% | 0.00% |
| Class E | 3.00% | 1.75% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| World Gold Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.75% | 0.00% | 0.00% |
| Class B | 0.00% | 1.75% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.75% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 1.00% | 0.00% | 0.00% |
| Class E | 3.00% | 1.75% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.50% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| World Healthscience Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.75% | 0.00% | 0.00% |
| Class B | 0.00% | 1.75% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.75% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 1.00% | 0.00% | 0.00% |
| Class E | 3.00% | 1.75% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.75% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| World Income Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.00% | 0.00% | 0.00% |
| Class B | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.00% | 1.25% | 1.00% to 0.00% |
| Class E | 3.00% | 1.00% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| World Mining Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.75% | 0.00% | 0.00% |
| Class B | 0.00% | 1.75% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.75% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 1.00% | 0.00% | 0.00% |
| Class E | 3.00% | 1.75% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.50% | 1.25% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

| World Technology Fund | Initial Charge | Management Fee | Distribution Fee | CDSC |
|---|---|---|---|---|
| Class A | 5.00% | 1.75% | 0.00% | 0.00% |
| Class B | 0.00% | 1.75% | 1.00% | 4.00% to 0.00% |
| Class C | 0.00% | 1.75% | 1.25% | 1.00% to 0.00% |
| Class D | 2.00% | 1.00% | 0.00% | 0.00% |
| Class E | 3.00% | 1.75% | 0.50% | 0.00% |
| Class J | 0.00% | 0.00% | 0.00% | 0.00% |
| Class Q | 0.00% | 1.00% | 1.00% | 4.00% to 0.00% |
| Class X | 0.00% | 0.00% | 0.00% | 0.00% |

Note: Subject to the approval of the board of Directors, the ManagementFee for any Fund may be increased up to 2.25% by giving shareholders three months' prior notice in accordance with paragraph 21 of Appendix C. Any increase above this level would require approval of shareholders at a general meeting.