**Summary of Subscription Procedure and Payment Instructions**

1. **Application Form**
   For initial subscriptions for Shares you must complete the application form which may be obtained from the Transfer Agent or the Investor Service Centre and the form must be signed by all joint applicants. Subsequent subscriptions may be made in writing or by fax or telephone, stating your registration details and the amount to be invested. If your application is being submitted by your professional adviser, section 5 of the application form should be completed. Completed application forms must be sent to the Transfer Agent or the Investor Service Centre.

2. **Money Laundering Prevention**
   Please read the notes on the application form regarding the identification documents required and ensure that you provide these to the Transfer Agent or the Investor Service Centre together with your application form.

3. **Payment**
   Your cheque or a copy of your telegraphic transfer instructions should be supplied with your application (see sections 4 to 6 below).

4. **Payment by Telegraphic Transfer**
   Payment by SWIFT/bank transfer in the relevant currency should be made to one of the accounts opposite. The SWIFT/bank transfer instruction should contain the following information:

   (i) Bank Name
   (ii) SWIFT Code or Bank Identifier
   (iii) Account
   (iv) Account Number
   (v) Account Reference – "MLIIF – Fund name subscribed into"
   (vi) By order of [Shareholder name/agent name & Shareholder number/agent number]

5. **Payment by Cheque**
   As payment by cheque may delay dealing until cleared funds have been received, payment by telegraphic transfer is strongly recommended. Your cheque, made payable to "BlackRock (Channel Islands) Limited" and drawn on a bank account in the country or countries of the relevant currency should accompany your application.

6. **Foreign Exchange**
   If you wish to make payment in a currency other than that in the Dealing Currency (or one of the Dealing Currencies) of your chosen Fund, this must be made clear at the time of application.

---

**A**
**US Dollars:**
JP Morgan Chase New York
SWIFT code CHASUS33
For the account of: BlackRock (Channel Islands) Limited
Account Number 001-1-460185, CHIPS UID 359991
ABA Number 021000021
Quoting Reference "Name of Fund – Name of Applicant"

**B**
**Euros:**
JP Morgan Frankfurt
SWIFT code CHASDEFX, BLZ 501 108 00
For the account of: BlackRock (Channel Islands) Limited
Account Number (IBAN) DE40501108006161600066
(formerly 616-16-00066)
Quoting Reference "Name of Fund – Name of Applicant"
An applicant's obligation to pay for Shares is fulfilled once the amount due has been paid in cleared funds into this account.

**C**
**Sterling:**
JP Morgan London
SWIFT code CHASGB2L, Sort Code 60-92-42
For the account of: BlackRock (Channel Islands) Limited
Account Number (IBAN) GB07CHAS60924211118940
(formerly 11118940)
Quoting Reference "Name of Fund – Name of Applicant"

**Others:**
**Swiss Francs:**
Pay UBS Zurich
SWIFT code UBSWCHZH80A
Account JP Morgan London
Account number 02300000044129050000B
For the account of: BlackRock (Channel Islands) Ltd
Account Number (IBAN) GB56CHAS60924217354770
(formerly 17354770)
Ref: "Name of Fund – Name of Applicant"

**Swedish Kroner:**
Pay Svenska Handelsbanken Stockholm
SWIFT code HANDSESS
Account JP Morgan London, Account number 40386589
For the account of: BlackRock (Channel Islands) Ltd
Account Number (IBAN) GB80CHAS60924222813401
(formerly 22813401)
Ref: "Name of Fund – Name of Applicant"

**Hong Kong Dollars:**
Pay JP Morgan Hong Kong
SWIFT code CHASHKHH
Account JP Morgan London, Account number 6743197680
For the account of: BlackRock (Channel Islands) Ltd
Account Number (IBAN) GB24CHAS60924224466319
(formerly 24466319)
Ref: "Name of Fund – Name of Applicant"

**Japanese Yen:**
Pay JP Morgan Tokyo
SWIFT code CHASJPJT
Account JP Morgan London, Account number 195006713
For the account of: BlackRock (Channel Islands) Ltd
Account Number (IBAN) GB69CHAS60924222813405
(formerly 22813405)
Ref: "Name of Fund – Name of Applicant"

Case 1:07-cv-03183-PKL    Document 19-7    Filed 05/08/2007    Page 2 of 3

Case 1:07-cv-03183-PKL    Document 19-7    Filed 05/08/2007    Page 3 of 3

PRISMA 06/1157 MLIIF PRO ENG 1006