

SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP

FOUR TIMES SQUARE

NEW YORK 10036-6522

TEL: (212) 735-3000
FAX: (212) 735-2000
www.skadden.com

DIRECT DIAL
212-735-2612
DIRECT FAX
917-777-2612
EMAIL ADDRESS
JBERKE@SKADDEN.COM

FIRM/AFFILIATE OFFICES
—
BOSTON
CHICAGO
HOUSTON
LOS ANGELES
PALO ALTO
SAN FRANCISCO
WASHINGTON, D.C.
WILMINGTON
—
BEIJING
BRUSSELS
FRANKFURT
HONG KONG
LONDON
MOSCOW
MUNICH
PARIS
SINGAPORE
SYDNEY
TOKYO
TORONTO
VIENNA

## MEMO ENDORSED

May 7, 2007

HAND DELIVERY

Honorable Peter K. Leisure
Senior United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

RECEIVED
CHAMBERS OF

MAY - 8 2007

PETER K. LEISURE
USDJ/SDNY

Re: Blackrock Inc. v. Schroders plc 07cv3183 (PKL).

Dear Judge Leisure:

      I am a member of the firm of Skadden, Arps, Slate, Meagher & Flom LLP attorneys for Plaintiff Blackrock Inc. in the above matter. Pursuant to the conference call of this morning with your law clerk Mr. Sonpal and counsel for Defendant Schroders plc, Ms. Christine N. Kearns of Pillsbury Winthrop Shaw Pittman LLP, I write to request the court's permission to file the following reply papers in connection with the order to show cause hearing before the court on May 9, 2007:

      A) PLAINTIFF BLACKROCK, INC.'S REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S ORDERS TO SHOW CAUSE FOR EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION

      B) REPLY AFFIRMATION OF JAY S. BERKE IN SUPPORT OF ORDERS TO SHOW CAUSE FOR EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION

May 7, 2007
Page 2

      C) COMPENDIUM OF UNREPORTED DECISIONS CITED IN PLAINTIFF BLACKROCK, INC'.S REPLY MEMORANDUM OF LAW IN SUPPORT OF PLAINTIFF'S ORDERS TO SHOW CAUSE FOR EXPEDITED DISCOVERY AND PRELIMINARY INJUNCTION

    We enclose two courtesy copies of each of these documents for use by your chambers. We are also today serving the instant letter and a copy of each of these documents by hand upon counsel for Defendant, Frederick A. Brodie, Esq., at the offices of Pillsbury Winthrop Shaw Pittman LLP, 1540 Broadway, New York, New York 10036.

    Once we receive permission from the Court we will file the appropriate reply papers by ECF.

                                                    Respectfully submitted,

                                                  Jay S. Berke (JB 6500)
                                                  Attorney for Plaintiff

Enclosures

cc: w/enc. to Frederick A. Brodie, by hand

```
Plaintiff may file its proposed reply papers.
```

**SO ORDERED.**

**New York, New York**

May 8, 2007

                                                                     U.S.D.J.