UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BLACKROCK, INC.,

    Plaintiff,

- against -

SCHRODERS PLC,

    Defendant.

<u>ORDER</u>
07 Civ. 3183(PKL)

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 5/8/07

**LEISURE, District Judge:**

On the motion of defendant Schroders plc, the Court hereby admits Christine N. Kearns, Esq., *pro hac vice*. Ms. Kearns is permitted to appear in the above-captioned action before this Court pursuant to Local Civil Rule 1.3(c).

**SO ORDERED.**

**New York, New York**

May 8, 2007

_____
U.S.D.J.