# ORIGINAL

PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Frederick A. Brodie (FB 6429)


PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122
(202) 663-8000
Christine N. Kearns

Attorneys for Defendant
Schroders plc


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

BLACKROCK, INC.,

        Plaintiff,

    v.

SCHRODERS PLC,

        Defendant.

---

07 CV 3183


**MOTION FOR ADMISSION**
***PRO HAC VICE***


      PURSUANT TO LOCAL RULE 1.3(c) of this Court, Defendant Schroders plc, by

undersigned counsel, hereby moves this Court for an Order allowing the admission *pro hac vice*

of:

        Christine N. Kearns
        PILLSBURY WINTHROP SHAW PITTMAN LLP
        2300 N Street, NW
        Washington, DC 20037-1122
        (202) 663-8000

Ms. Kearns is a member in good standing of the Bar of the State of Maryland and the District of

Columbia.  There are no pending disciplinary proceedings against Ms. Kearns in any State or

Federal court.

Dated:    New York, New York
          April 26, 2007

                                        Respectfully submitted,

                                        PILLSBURY WINTHROP
                                        SHAW PITTMAN LLP

                                        By: _____
                                        Frederick A. Brodie (FB 6429)
                                        1540 Broadway
                                        New York, New York 10036-4039
                                        (212) 858-1000

                                        Counsel for Defendant Schroders plc

PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Frederick A. Brodie (FB 6429)


PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122
(202) 663-8000
Christine N. Kearns

Attorneys for Defendant
Schroders plc


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| BLACKROCK, INC.,<br><br>Plaintiff,<br><br>v.<br><br>SCHRODERS PLC,<br><br>Defendant. | 07 CV 3183<br><br>**DECLARATION OF**<br>**FREDERICK A. BRODIE**<br>**IN SUPPORT OF MOTION FOR**<br>**ADMISSION *PRO HAC VICE*** |

I, Frederick A. Brodie, pursuant to 28 U.S.C. § 1746, declare the following:

1.     I am a member in good standing of the Bar of this Court and a partner in the law firm of Pillsbury Winthrop Shaw Pittman LLP, which will be counsel to Defendant Schroders plc in the above-captioned action. I am familiar with the proceedings in this case. I make this statement based on my personal knowledge of the facts set forth herein and in support of Defendant's motion to admit Christine N. Kearns as counsel *pro hac vice* to represent Defendant in this matter.

1

2.      Ms. Kearns' credentials are set forth in the affidavit attached hereto as Exhibit 1.

3.      I have known Ms. Kearns for two years and have found her to be a skilled attorney and a person of integrity.  She is experienced in Federal practice and is familiar with the Federal Rules of Procedure.

4.      Upon her admission *pro hac vice*, Ms. Kearns will serve as counsel for Defendant.

5.      For the foregoing reasons, Defendant respectfully requests that this motion be granted.  Attached hereto as Exhibit 2 is a proposed order granting the admission of Ms. Kearns, *pro hac vice*.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 26, 2007
New York, New York

FREDERICK A. BRODIE

2

PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Frederick A. Brodie (FB 6429)


PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122
(202) 663-8000
Christine N. Kearns

Attorneys for Defendant
Schroders plc


**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLACKROCK, INC., | 07 CV 3183 |
| Plaintiff, | |
| v. | **AFFIDAVIT OF** |
| | **CHRISTINE N. KEARNS** |
| SCHRODERS PLC, | |
| Defendant. | |

CITY OF WASHINGTON        )
                          )    ss.:
DISTRICT OF COLUMBIA      )


CHRISTINE N. KEARNS, being duly sworn, hereby deposes and says:

1.       I am a partner in the law firm of Pillsbury Winthrop Shaw Pittman LLP,

resident in the firm's District of Columbia office.  We represent Defendant Schroders plc

in connection with the above-captioned action.

400565251v1

2.     I submit this affidavit in support of Defendant's motion for my admission *pro hac vice*.

3.     I have managed substantially all United States litigation for Schroders plc and its United States subsidiaries during the past five years, and believe that my background with and knowledge of the Defendant is an important component of the firm's representation of the Defendant in this case.

4.     As shown in the certificates of good standing attached hereto as Exhibit A, I am admitted to practice in the District of Columbia and the State of Maryland.

5.     There are no pending disciplinary proceedings against me in any state or federal court.

6.     Wherefore, your affiant respectfully submits that she be permitted to appear as counsel or advocate *pro hac vice* in this one case.

_____
CHRISTINE N. KEARNS

Sworn to before me
this __1st__ day of May 2007

_____
Notary Public

**Daffne** T. Archer
**Notary** Public, ... of Columbia
**My Commission** Expires 01/02/2011

2

# United States District Court
# for the District of Columbia
## CLERK'S OFFICE
### 333 Constitution Avenue, NW
### Washington, DC 20001

I, **NANCY M. MAYER-WHITTINGTON,**  Clerk of the United States

District Court for the District of Columbia, do hereby certify that:

### CHRISTINE  N.  KEARNS

was, on the  5th  day of  August  A.D.  1996  admitted to practice as an  Attorney

at  Law at the Bar of this Court, and is, according to the records of this Court, a

member of said Bar in good standing.


In Testimony Whereof, I hereunto subscribe my name and affix the seal of said Court

in the City of Washington this  2nd  day of  May  A.D. 2007.


**NANCY M. MAYER-WHITTINGTON,** CLERK

By: _____

**Deputy Clerk**

# Court of Appeals
## of Maryland
### Annapolis, MD



## CERTIFICATE OF GOOD STANDING

*STATE OF MARYLAND, ss:*

*I, Alexander L. Cummings, Clerk of the Court of Appeals of Maryland, do hereby certify that on the twenty-third day of December, 1987,*

### Christine Marie Nicolaides

*having first taken and subscribed the oath prescribed by the Constitution and Laws of this State, was admitted as an attorney of said Court, is now in good standing, and as such is entitled to practice law in any of the Courts of said State, subject to the Rules of Court.*

**In Testimony Whereof,** *I have hereunto set my hand as Clerk, and affixed the Seal of the Court of Appeals of Maryland, this second day of May, 2007.*

*Alexander L. Cummings*

*Clerk of the Court of Appeals of Maryland*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BLACKROCK, INC,

        Plaintiff,

   v.

SCHRODERS PLC.,

        Defendant.

07 CV 3183 (PKL)

**AFFIDAVIT OF SERVICE**

---

STATE OF NEW YORK   )
                     : ss.:
COUNTY OF NEW YORK  )

      Jennifer Nobile, being duly sworn, deposes and says:

      1.     I am over 18 years of age, am employed by Pillsbury Winthrop Shaw

Pittman LLP and am not a party to this action.

      2.     On Friday, May 4, 2007, I served the **Motion for Admission Pro Hac**

**Vice**, dated April 26, 2007, **Declaration of Frederick A. Brodie in Support of Motion for**

**Admission Pro Hac Vice,** dated April 26, 2007, **Affidavit of Christine N. Kearns**, dated May

1, 2007, and **[Proposed] Order for Admission Pro Hac Vice** by delivering and leaving true

copies thereof at the office of the below listed counsel:

Jay S. Berke, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
4 Times Square
New York, New York 10036

_____
Jennifer Nobile

Sworn to before me this
4th day of May, 2007

_____
Notary Public

**KENNETH J. HORRMANN**
**NOTARY PUBLIC, State of New York**
**No. 01HO6131320**
**Qualified in Kings County**
**Commission Expires Aug. 1, 2009**

PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Frederick A. Brodie (FB 6429)


PILLSBURY WINTHROP SHAW PITTMAN LLP
2300 N Street, NW
Washington, DC 20037-1122
(202) 663-8000
Christine N. Kearns

Attorneys for Defendant
Schroders plc


**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLACKROCK, INC., <br><br>     Plaintiff, <br><br>  v. <br><br> SCHRODERS PLC, <br><br>     Defendant. | 07 CV 3183 <br><br> **ORDER FOR ADMISSION** <br> ***PRO HAC VICE*** |

   Upon the motion of Defendant Schroders plc and the sponsor attorney's declaration in

support;

**IT IS HEREBY ORDERED** that

   Christine N. Kearns
   PILLSBURY WINTHROP SHAW PITTMAN LLP
   2300 N Street, NW
   Washington, DC 20037-1122
   (202) 663-8000

is admitted to practice *pro hac vice* as counsel for Schroders plc in the above captioned case in

the United States District Court for the Southern District of New York.  All attorneys appearing

before this Court are subject to the Local Rules of this Court, including the Rules governing

discipline of attorneys.  If this action is assigned to the Electronic Case Filing (ECF) system,

counsel shall immediately apply for an ECF password at nysd.uscourts.gov.  Counsel shall

forward the *pro hac vice* fee to the Clerk of Court.


Dated:  New York, New York

       ___ _____, 2007


So Ordered:      _____
              Hon. Peter K. Leisure