UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
BLACKROCK, INC.,                     :
                                     : 07 Civ. 3183 (PKL)
              Plaintiff,       :
                                     : ECF CASE
   - against -                      : ELECTRONICALLY FILED
                                     :
SCHRODERS PLC.                       : **AFFIRMATION OF**
                                     : **HARRIS OLINER IN**
              Defendant.       : **OPPOSITION TO**
                                     : **DEFENDANT'S MOTION TO**
                                     : **DISMISS**
                                     :
------------------------------------x

       I, Harris Oliner, upon penalty of perjury hereby affirm that:

       1.    I am an attorney and Senior Counsel and Director in the Legal Department and Assistant Secretary of BlackRock, Inc. I make this affirmation based on my personal knowledge and documentary information.

       2.    Attached as Exhibit 1 is a true and correct copy of a Resolution (the "Resolution") by the BlackRock, Inc. Board of Directors. The Resolution, among other things, elects Achim Küssner a Managing Director of BlackRock, Inc. and was approved by the BlackRock, Inc. Board of Directors at a meeting of the Board on November 2, 2006.

       3.    Attached as Exhibit 2 is a true and correct copy of a letter to Mr. Michael Dobson, Chief Executive Officer, Schroders plc from Mr. Robert P. Connolly, General Counsel of BlackRock, Inc. dated March 14, 2007.

4. Attached as Exhibit 3 is a true and correct copy of a letter to Mr. Robert P. Connolly from Mr. Howard Trust, Group General Counsel, Schroders plc dated March 16, 2007.

_____
Harris Oliner

# Exhibit 1

## Resolutions

### Annual Appointment of Officers

RESOLVED, that the following persons be, and each of them hereby is, elected as executive officers of the Company, to the office set forth opposite their respective names, to serve until their successors are elected and qualified, or until their earlier resignation or removal:

### Annual Appointment of Officers

RESOLVED, that the following person be, and each of them herby is, elected as executive officers of the Company, to the office set forth opposite their respective names, to serve until their successors are elected and qualified, or until their earlier resignation or removal:

| Name | Office |
|---|---|
| Laurence Fink | Chairman & Chief Executive Officer |
| Ralph Schlosstein | President |
| Keith Anderson | Vice Chairman |
| Robert Doll | Vice Chairman |
| Robert Fairbairn | Vice Chairman |
| Charles Hallac | Vice Chairman |
| Robert Kapito | Vice Chairman |
| Barbara Novick | Vice Chairman |
| Susan Wagner | Vice Chairman and Chief Operating Officer |
| Steven Buller | Chief Financial Officer and Managing Director |
| Robert Connolly | General Counsel, Secretary and Managing Director |

RESOLVED, that the following persons be, and each of them hereby is, elected to the office set forth opposite their respective names, to serve until their successors are elected and qualified, or until their earlier resignation or removal:

| Name | Office |
|---|---|
| Anne Ackerley | Managing Director |
| Jay Alexander | Managing Director |
| Blair Alleman | Managing Director |
| Scott Amero | Managing Director |
| Wayne Archambo | Managing Director |
| Hiroyuki Arita | Managing Director |
| Paul Audet | Managing Director |
| Gonzalo Azcoitia | Managing Director |
| Sacha Bacro | Managing Director |
| Ian Bailey | Managing Director |
| Thomas Bain | Managing Director |
| Lynn Baranski | Managing Director |
| Kenneth Barbuscio | Managing Director |
| Nigel Barry | Managing Director |

| | | |
|---|---|---|
| Ara Basil | - | Managing Director |
| Robert Bass | - | Managing Director |
| Bartholomew Battista | - | Managing Director and Chief Compliance Officer |
| Robin Baum | - | Managing Director |
| Steven Bayly | - | Managing Director |
| Anson Beard | - | Managing Director |
| William Bentley | - | Managing Director |
| Steve Berkley | - | Managing Director |
| Howard Berkowitz | - | Managing Director |
| Jodi Berman | - | Managing Director |
| Michael Bitterly | - | Managing Director |
| Graham Birch | - | Managing Director |
| Moshe Blich | - | Managing Director |
| Catherine Bolz | - | Managing Director |
| Kevin Booth | - | Managing Director |
| Alain Bourrier | - | Managing Director |
| John Brett | - | Managing Director |
| Randolph Brown | - | Managing Director |
| Alex Bruce | - | Managing Director |
| Juan Buendia | - | Managing Director |
| Juliet Bullick | - | Managing Director |
| John Burger | - | Managing Director |
| Donald Burke | - | Managing Director |
| David Byrket | - | Managing Director |
| Eileen Byrne | - | Managing Director |
| Katherine Cahill | - | Managing Director |
| Thomas Callan | - | Managing Director |
| Robert Capaldi | - | Managing Director |
| Laurence Carolan | - | Managing Director |
| James Carracher | - | Managing Director |
| Michael Cerminaro | - | Managing Director |
| Luke Chappell | - | Managing Director |
| Nicholas Charrington | - | Managing Director |
| Scott Condron | - | Managing Director |
| Gavin Corr | - | Managing Director |
| Joanna Cound | - | Managing Director |
| Mark Coville | - | Managing Director |
| Jeffrey Cucunato | - | Managing Director |
| Rudolph Damm | - | Managing Director |
| John Davis | - | Managing Director |
| Richard Davis | - | Managing Director |
| Lance DeLuca | - | Managing Director |
| James DesMarais | - | Managing Director and Assistant Secretary |
| Marc Desmidt | - | Managing Director |
| Kristen Dickey | - | Managing Director |
| Robert Dimella | - | Managing Director |
| Edward Dowd | - | Managing Director |
| Eileen Dowling | - | Managing Director |
| Andrew Dyson | - | Managing Director |

| Name | Title |
|---|---|
| Ron D'Vari | Managing Director |
| Robert Eaton | Managing Director |
| Catherine Ebert | Managing Director |
| Joseph Feliciani | Managing Director and Chief Accounting Officer |
| Christopher Fellingham | Managing Director |
| Jeffrey Figurelli | Managing Director |
| William Finelli | Managing Director |
| Peter Fisher | Managing Director and Chairman of BlackRock Asia |
| James Edward Fishwick | Managing Director |
| Thomas Fortin | Managing Director |
| Seiichi Fukuyama | Managing Director |
| Henry Gabbay | Managing Director |
| Ramamoorthy Ganesh | Managing Director |
| Jeffrey Gary | Managing Director |
| Frederick Gaskin | Managing Director |
| Paul Gerard | Managing Director |
| Yury Geyman | Managing Director |
| Louis Gitlin | Managing Director |
| Robert Goldstein | Managing Director |
| Bennett Golub | Managing Director |
| Andrew Gordon | Managing Director |
| Frank Gordon | Managing Director |
| John Gee-Grant | Managing Director |
| David Graham | Managing Director |
| Philip Green | Managing Director |
| Michael Griffin | Managing Director |
| Dale Gruen | Managing Director |
| Robert Hagmann | Managing Director |
| Nicholas Hall | Managing Director and Assistant Secretary |
| Evy Hambro | Managing Director |
| Edward Hart | Managing Director |
| Jill Hatton | Managing Director |
| Peter Hayes | Managing Director |
| Robert Hayes | Managing Director |
| Paul Healy | Managing Director |
| Susan Heide | Managing Director |
| William Henderson | Managing Director |
| Frederick Herrmann | Managing Director |
| Zion Hilelly | Managing Director |
| Jeffrey Hiller | Managing Director and Assistant Secretary |
| Mark Himpoo | Managing Director |
| Alexander Hoctor-Duncan | Managing Director |
| Richard Hoerner | Managing Director |
| William Hogan | Managing Director |
| Kevin Holt | Managing Director |
| Naoyuki Honda | Managing Director |
| Michael Horvath | Managing Director |
| Herman Howerton | Managing Director and Assistant Secretary |

3

| | | |
|---|---|---|
| Michael Huebsch | - | Managing Director |
| David Hudson | - | Managing Director |
| Hugh Hurley III | - | Managing Director |
| Imran Hussain | - | Managing Director |
| Theodore Jaeckel, Jr. | - | Managing Director |
| Kathryn Jonas-Kasanoff | - | Managing Director |
| Andrew Hunter Johnston | - | Managing Director |
| Nicola Tracey Jones | - | Managing Director |
| Agnes Jurinich | - | Managing Director |
| Carl Kane | - | Managing Director |
| Gregory Karlen | - | Managing Director |
| Jonathan Ruck Keene | - | Managing Director |
| Susan Keller | - | Managing Director |
| Todd Khoury | - | Managing Director |
| Brian Kindelan | - | Managing Director and Assistant Secretary |
| Joseph Kochansky | - | Managing Director |
| James Kong | - | Managing Director |
| Todd Kopstein | - | Managing Director |
| Theodore Koros | - | Managing Director |
| Andrew Krull | - | Managing Director |
| Achim Kuessner | - | Managing Director |
| Richard Kushel | - | Managing Director |
| Woo Fung Kwong | - | Managing Director |
| Sheila Lamb | - | Managing Director |
| Frank Le Feuvre | - | Managing Director |
| Eileen Leary | - | Managing Director |
| Carl Lee | - | Managing Director |
| Reginald Leese | - | Managing Director |
| Frederich Lieblich | - | Managing Director |
| James Lillis | - | Managing Director |
| Jeffrey Lindsey | - | Managing Director |
| Milan Lint | - | Managing Director |
| Wui-Ken Liow | - | Managing Director |
| John Loehr | - | Managing Director |
| John Loffredo | - | Managing Director |
| Mark Lyttleton | - | Managing Director |
| Michael Lustig | - | Managing Director |
| James Macmillan | - | Managing Director |
| James Macpherson | - | Managing Director |
| Russell Maddox | - | Managing Director |
| Timothy Mahoney | - | Managing Director |
| Kathy Malitz | - | Managing Director |
| Michael Marks | - | Managing Director |
| Matthew Marra | - | Managing Director |
| Robert Martorelli | - | Managing Director |
| Felix Mason | - | Managing Director |
| Ian Mason | - | Managing Director |
| John Massad | - | Managing Director |
| Kevin McCafferty | - | Managing Director |
| John McCauley | - | Managing Director |

| | | |
|---|---|---|
| Susan Mcdowell | - | Managing Director |
| James McGinley | - | Managing Director |
| William McGinley | - | Managing Director |
| Allan McKenzie | - | Managing Director |
| Obie Mckenzie | - | Managing Director |
| Nicholas Mcleod-Clarke | - | Managing Director |
| Peter McNally | - | Managing Director |
| Steven Meise | - | Managing Director |
| Leen Meijaard | - | Managing Director |
| Simon Mendelson | - | Managing Director |
| Lorenz Menrath | - | Managing Director |
| Darryl Mikami | - | Managing Director |
| Steve Miller | - | Managing Director |
| Christopher Milner | - | Managing Director |
| Susan Mink | - | Managing Director |
| Denis Molleur | - | Managing Director and Assistant Secretary |
| Plamen Monovski | - | Managing Director |
| John Moran | - | Managing Director |
| Richard Moreno | - | Managing Director |
| Albert Morillo | - | Managing Director |
| Matthew Mosca | - | Managing Director |
| Edward Ng | - | Managing Director |
| John Nichols | - | Managing Director |
| Katherine O'Connor | - | Managing Director |
| Walter O'Connor | - | Managing Director |
| Douglas Oare | - | Managing Director |
| Patrick Olson | - | Managing Director |
| Naoya Orime | - | Managing Director |
| Maurice O'Shannassy | - | Managing Director |
| Brian Ostrowe | - | Managing Director |
| Mark Paltrowitz | - | Managing Director |
| Diane Parish | - | Managing Director |
| Edward Park | - | Managing Director |
| Morris Pearl | - | Managing Director |
| Eric Pellicciaro | - | Managing Director |
| David Peng | - | Managing Director |
| Glenn Perillo | - | Managing Director |
| Bradley Perkins | - | Managing Director |
| Andrew Phillips | - | Managing Director |
| Richard Plackett | - | Managing Director |
| Francis Porcelli | - | Managing Director |
| Quintin Price | - | Managing Director |
| Charles Prideaux | - | Managing Director |
| Gerald Pucci | - | Managing Director |
| Michael Pungello | - | Managing Director |
| Winnie Pun Wing Nin | - | Managing Director |
| Chetlur Ragavan | - | Managing Director |
| Robert Redmond | - | Managing Director |
| Kevin Rendino | - | Managing Director |
| Daniel Rice | - | Managing Director |

| | | |
|---|---|---|
| Christopher Rimmer | - | Managing Director |
| Jean Rosenbaum | - | Managing Director |
| David Rosenblatt | - | Managing Director |
| Heinz Rothacher | - | Managing Director |
| Richard Royds | - | Managing Director |
| John Rushen | - | Managing Director |
| Michael Saliba | - | Managing Director |
| Kurt Schansinger | - | Managing Director |
| Brian Schmidt | - | Managing Director |
| Jordan Schreiber | - | Managing Director |
| James Schwartz | - | Managing Director |
| Peter Schwartzman | - | Managing Director |
| Michelle Scrimgeour | - | Managing Director |
| Daniel Sefcik | - | Managing Director |
| Grace Sette | - | Managing Director |
| Palvi Shah | - | Managing Director |
| Douglas Shaw | - | Managing Director |
| Richard Shea | - | Managing Director |
| Robert Shearer | - | Managing Director |
| Irwin Sheer | - | Managing Director |
| Brenda Sklar | - | Managing Director |
| Thomas Skrobe | - | Managing Director |
| Maarten Slendebroek | - | Managing Director |
| Barry Smith | - | Managing Director |
| Stuart Spodek | - | Managing Director |
| David Stanistreet | - | Managing Director |
| Robert Stanley | - | Managing Director |
| Dennis Stattman | - | Managing Director |
| Christopher Stavrakos | - | Managing Director |
| Russell Steenberg | - | Managing Director |
| Robert Stein | - | Managing Director |
| Mark Steinberg | - | Managing Director |
| Edward Stevens | - | Managing Director |
| Ryan Stork | - | Managing Director |
| James Stratford | - | Managing Director and Assistant Secretary |
| Archie Struthers | - | Managing Director |
| Joseph Sutka | - | Managing Director |
| Howard Surloff | - | Managing Director and Assistant Secretary |
| Peter Swarbreck | - | Managing Director |
| Stephen Switzky | - | Managing Director |
| Cheryl Sylwester | - | Managing Director |
| Hiroshi Tateda | - | Managing Director |
| Scott Thiel | - | Managing Director |
| Vincent Tritto | - | Managing Director and Assistant Secretary |
| Edward Troughton | - | Managing Director |
| Hugo Tudor | - | Managing Director |
| Richard Turnill | - | Managing Director |
| Richard Urwin | - | Managing Director |
| Sanjay Vatsa | - | Managing Director |
| Peter Vaughan | - | Managing Director and Assistant Secretary |

| | | |
|---|---|---|
| Richard Vella | - | Managing Director |
| Andrea Vigano | - | Managing Director |
| Roland Villacorta | - | Managing Director |
| Douglas Waggoner | - | Managing Director |
| Neil Wagner | - | Managing Director |
| Paul Walker-Duncalf | - | Managing Director |
| Denis Walsh | - | Managing Director |
| Daniel Waltcher | - | Managing Director and Assistant Secretary |
| Mark Warner | - | Managing Director |
| Robert Wartell | - | Managing Director |
| Ewen Cameron Watt | - | Managing Director |
| Alfred Weinberger | - | Managing Director |
| Elizabeth Westvold | - | Managing Director |
| Mark Wiedman | - | Managing Director |
| Mark Williams | - | Managing Director |
| Karen Winter | - | Managing Director |
| Guy Wynter | - | Managing Director |
| Hongying Xie | - | Managing Director |
| Kishore Yalamanchili | - | Managing Director |
| Sree Yerneni | - | Managing Director |
| Andrew Yorks | - | Managing Director |
| Barry Ziering | - | Managing Director |
| Paul Zimmerman | - | Managing Director |
| Ronald Zuzack | - | Managing Director |
| Edward Baer | - | Director and Assistant Secretary |
| John Blevins | - | Director and Assistant Secretary |
| Armando Gochuico | - | Director and Treasurer |
| Paul Greenberg | - | Director |
| Steven Hurwitz | - | Director and Assistant Secretary |
| Jeremy Litt | - | Director and Assistant Secretary |
| Russell McGranahan | - | Director and Assistant Secretary |
| Harris Oliner | - | Director and Assistant Secretary |
| Peter Pisapia | - | Director and Assistant Secretary |
| Alice Pellegrino | - | Director and Assistant Secretary |
| Robert Putney, III | - | Director and Assistant Secretary |
| Sam Riter | - | Director |
| Arthur Rublin | - | Director and Assistant Secretary |
| Peter Swetz | - | Director |
| Robert Weiss | - | Director and Assistant Secretary |

RESOLVED, that all persons whose titles are subordinate to Managing Director may from time to time be appointed by the Chairman and Chief Executive Officer.

7

# Exhibit 2

**BLACKROCK**

Robert P. Connolly
Managing Director and General Counsel
40 East 52nd Street
New York, NY 10022
212-810-3743
robert.connolly@blackrock.com

<u>Via DHL Express</u>

March 14, 2007

Michael Dobson
Chief Executive Officer
Schroders plc
31 Gresham Street
London EC2V 7QA
United Kingdom

Re:    Recent Developments in Germany

Dear Mr. Dobson,

As our Chairman, Larry Fink, has expressed to you earlier this week, BlackRock takes the recent developments and activities of Schroders in Germany very seriously. The announcement by Achim Küssner and his team to leave BlackRock and the announcement by Schroder Investment Management GmbH to hire him constitute strong indications, to say the least, that Achim Küssner and others have violated their obligations under their contractual arrangements with BlackRock.

In addition to other statutory and contractual obligations, the employees of BlackRock are prohibited from inducing, soliciting and enticing other BlackRock employees to leave their employment with BlackRock. Further, they may not participate in or procure any person to leave such employment. Any violations of these obligations could cause significant damages to BlackRock for which the acting employees should expect to become liable.

Should Schroders have assisted or abetted any BlackRock employees in their violation of contractual obligations towards BlackRock, Schroders itself would be liable to BlackRock for damages. Depending on the circumstances, the acting individuals could also have committed criminal offenses and become subject to criminal procedures in Germany.

In addition to the above obligation in regard to other employees, BlackRock employees are prohibited from competing with BlackRock as long as they are employees and may not call on, interfere with, solicit or assist in soliciting business from BlackRock clients with whom they have had personal contact or dealings during the last year prior to termination of their employment. Strict confidentiality obligations as to BlackRock business and trade secrets exist.

-- 2 --

We ask you to confirm to what extent Schroders has been involved in a breach of contractual obligations by our employees in Germany, as described above. Further, we expect that, going forward, Schroders does not participate in, aid or support any violation by present or former BlackRock employees of their obligations toward BlackRock.

Please let me know if you have any questions or would like to discuss any of the above in further detail.

Yours sincerely,

Robert P. Connolly

# Exhibit 3

Schroders plc
31 Gresham Street, London EC2V 7QA

**Schroders**

Telephone +44 (0)20 7658 6444
Facsimile +44 (0)20 7658 5665
Mobile +44 (0)7771 790460
howard.trust@schroders.com

**Howard Trust**
Group General Counsel

Mr R P Connolly
Management Director and General Counsel
BlackRock
40 East 52nd Street
New York
NY 10022

MAR 26 2007

16 March 2007

Dear Mr Connolly

Thank you for your letter of 14 March addressed to Michael Dobson. I do not see that the events described amount to an indication that there has been any wrongdoing and we are not aware that any has taken place.

Yours sincerely

*[signature]*

Registered Office at above address. Registered Number 3909886 England.
For your security, communications may be taped or monitored.

## CERTIFICATE OF SERVICE

The undersigned, an attorney duly admitted to practice law before this Court, hereby certifies under penalty of perjury, that on May 16, 2007, I caused a true copy of the foregoing

- *Plaintiff Blackrock, Inc.'s Memorandum of Law in Opposition to Defendant's Motion to Dismiss;*

- *Supplemental Affirmation of Jay S. Berke in Opposition to Motion to Dismiss, dated, May 15, 2007;*

- *Affirmation of Harris Oliner in Opposition to Defendant's Motion to Dismiss, dated May 15, 2007;*

- *Affidavit of J. Richard Kushel in Opposition to Defendant's Motion to Dismiss, dated May 15, 2007; and*

- *Compendium of Unreported Decisions Cited in Plaintiff Blackrock, Inc.'s Memorandum of Law in Opposition to Defendant's Motion to Dismiss*

to be served by hand delivery upon

Frederick A. Brodie, Esq.
Pillsbury Winthrop Shaw Pittman LLP
1540 Broadway
New York, NY 10036

Dated: New York, New York
       May 16, 2007

Steven Ray Katzenstein (SK 7599)