# Schroders Family Tree
## December 2006

 Schroders



# Family Tree – December 2006

|  | Page |
|---|---|
| Contents | 1 |
| The Schroder Group | 2 |
| The Schroder Investment Management Sub-Group | 3 |
| The Schroder International Holdings Sub-Group | 4 |
| The Schroder International Finance B.V. Sub-Group | 5 |
| The Schroder Investment Company Sub-Group | 6 |
| The Schroder & Co Bank AG Sub-Group | 7 |
| The Schroder US Holdings Inc. Sub-Group | 8 |
| The Schroder Holdings (Bermuda) Sub-Group | 9 |
| The Schroder International Holdings (Bermuda) Sub-Group | 10 |
| The Schroders Channel Islands Sub-Group | 11 |
| The Schroder Australia Holdings (PTY) Sub-Group | 12 |
| The Schroders Investment Management (Hong Kong) Sub-Group | 13 |
| The Schroders Other Asian Companies Sub-Group | 14 |
| The Schroder Venture Managers (Guernsey) Sub-Group | 15 |
| The Internet Finance Partner Group | 16 |
| The Schroder Property Managers (Jersey) Sub-Group | 17 |
| The Gresham (GP) Sub-Group | 18 |
| The Welput GP Sub-Group | 19 |
| The NewFinance Sub-Group | 20 |
| Index | 20.1 |

**Notes:**
Each company will show the following information:
(i) Full name
(ii) Type of business
(iii) Country of registration/incorporation
(iv) Incorporation number (where advised)
(v) Share capital
(vi) Percentage owned by Group

**DECEMBER 2006**  THE SCHRODER GROUP  2



* This shows the beneficial ownership

**DECEMBER 2006**  THE SCHRODER INTERNATIONAL HOLDINGS SUB-GROUP  4

## Top-level entities (all under parent, shown left-to-right)

- **SCHRODER HOLDINGS (BERMUDA) LIMITED** (Holding Company), Bermuda, EC 33684
  - Ordinary shares US$5,000,000
  - Contributed surplus US$49,630,446
  - Total US$54,630,446
  - (see page 9)
  - 100%

- **SCHRODER INVESTMENT MANAGEMENT GmbH**, Germany, HRB 45298 (Retail Fund Marketing and Relationship Management)
  - Share Capital: EUR 1,022,583.75
  - 100%

- **SCHRODER AUSTRALIA HOLDINGS PTY LIMITED** (Holding Company), Australia
  - ABN 83 008 423 738
  - S.I.H.B.I. 90.6%
  - S.I.L. 9.4%
  - (See page 12)

- **SIMBL NOMINEES PRIVATE LIMITED** (Nominee Company)
  - 197100080W
  - S$2.00
  - 100%

- **SCHRODER INVESTMENT COMPANY LIMITED** (Investment Holding Company) (Schrovest), England
  - 847370
  - £32,000,000
  - (see Page 6)
  - 100%

- **SCHRODER INVESTMENTS (SINGAPORE) Pte LIMITED** (Investment Holding Company), England
  - 200605741E
  - S$38,585,000
  - 100%

## Middle tier

- **SCHRODER INTERNATIONAL HOLDINGS LIMITED** (International Holding Company), England, 637347, £2,000,000, 100% (See page 2)

- **GRESHAM (GP) LIMITED** (General Partner), Jersey, 80430, £25,000, (see page 18), 100%

- **SCHRODER INTERNATIONAL FINANCE B.V.** (Holding Company), Netherlands, 70.26.936, EUR 537,500, (See page 5), 100%

- **SCHRODER INVESTMENT MANAGEMENT, S.A. de C.V., SOCIEDAD OPERADORA de SOCIEDADES DE INVERSION**, Mexico, MXN1.00, 11,999,999, 100%

- **CM Komplementar 06-379 GmbH & Co. KG** 94.9%

- **Blitz 06-953 GmbH** 100%

- **SCHRODER MIDDLE EAST LIMITED** (Financial Services and Group Middle East Marketing), England, 1562433, £4,004,000, 100%

- **SIM NOMINEES(S) PRIVATE LIMITED** (Nominee Company), Singapore, 80/71, S$ 2, 100%

- **Schroder Holdings (Deutschland) GmbH** 100%

## Lower tier

- **CROYDON GATEWAY GP LIMITED** (General Partner), Jersey, 85461, £25,000, 100%

- **SCHRODER US HOLDINGS INC.** (Holding Company), U.S.A., (See page 8), 100%

- **SCHRODER PROPERTY MANAGERS (JERSEY) LIMITED** (Property Unit Trust Manager), Jersey, (see page 17), 100%

- **SCHRODERS ASIA NOMINEES LIMITED** (Nominee Company), Hong Kong S.A.R., 149353, HK$10,000, SIH 99.99%, SIMHK 0.01%

- **CROYDON GATEWAY INVESTMENTS LIMITED** (Nominee Company), Jersey, 91139, £2, 100%

- **SCHRODER INVESTMENT MANAGEMENT (IRELAND) LIMITED** (Investment Management), Eire, 270382, IR£101,000, 100%

- **SCHRODER VENTURES (1991) LIMITED** (Investment Holding Company), England, 819995, £250,122,500, 100%

- **S & C NOMINEES LIMITED** (Nominee Company), Hong Kong S.A.R., 28921, HK$20, SIH 50%, SIMHK 50%

- **WELPUT GP LIMITED** (General Partner), Jersey, 80405
  - A Share 100% £1
  - B Share 100% £1
  - 100% (See page 19)

- **SCHRODERS SERVIZI S.R.L.** (Dormant Company), Italy, 13416250150, Euro 110,000, SIH 99%, SICL 1%

---

Note: SIHL - 10% participating interest in Schroder Venture Managers (Canada) Ltd
New Bracknell Company Limited - Joint Venture (50% interest)
23.62% Interest in SIM Brasil DVTM SA (see page 9 - Holdings Bermuda Ltd)

**Schroders**



**DECEMBER 2006**  **THE SCHRODER HOLDINGS (BERMUDA) SUB-GROUP**  9



