PILLSBURY WINTHROP SHAW PITTMAN LLP
1540 Broadway
New York, New York 10036-4039
(212) 858-1000
Frederick A. Brodie (FB 6429)

2300 N Street, NW
Washington, DC 20037-1128
(202) 663-8000
Christine N. Kearns (*Pro Hac Vice*)

Attorneys for Defendant
Schroders plc

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| BLACKROCK, INC.,<br><br>         Plaintiff,<br><br>    v.<br><br>SCHRODERS PLC,<br><br>         Defendant. | 07 CV 3183 (PKL)<br>ECF CASE ELECTRONICALLY FILED |

**SUPPLEMENTAL DECLARATION OF CHRISTINE N. KEARNS IN SUPPORT OF
DEFENDANT'S MOTION TO DISMISS**

I, CHRISTINE N. KEARNS, a member of the District of Columbia and Maryland bars, declare as follows:

1. I am a partner in the law firm Pillsbury Winthrop Shaw Pittman LLP, counsel for Defendant Schroders plc. I am admitted to practice before this Court *pro hac vice*. I submit this Declaration in support of Schroders plc's Motion to Dismiss to put before this Court exhibits relied on in the Reply Memorandum in Support of Defendant's Motion to Dismiss.

400575129v1

-2-

2. Annexed as Exhibit A is a copy of Exhibit 21.1 to BlackRock Inc.'s December 31, 2006 10K Report.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 22, 2007.

                                                /s/ Christine N. Kearns
                                                Christine N. Kearns