BLACKROCK INC NEW                                                        Filing Date: 12/31/06

Exhibit 21.1

SUBSIDIARIES OF REGISTRANT

The following table lists the direct and indirect subsidiaries of BlackRock, Inc. as of December 31, 2006.

| Name of Subsidiary | Jurisdiction/State of Incorporation |
| --- | --- |
| BlackRock Advisors, LLC | Delaware |
| BlackRock Advisors Holdings, Inc. | Pennsylvania |
| BlackRock Asset Management U.K. Limited | United Kingdom |
| BlackRock AV, Inc. | Delaware |
| BlackRock Capital Management, Inc. | Delaware |
| BlackRock Cayco Limited | Cayman Islands |
| BlackRock Cayman Company | Cayman Islands |
| BlackRock Cayman Newco Limited | Cayman Islands |
| BlackRock (Channel Islands) Limited | Jersey |
| BlackRock Co., Ltd. | Japan |
| BlackRock (Deutschland) GmbH | Germany |
| BlackRock Employee Trust Co. Limited | United Kingdom |
| BlackRock European Holdings S. a r.l. | Luxembourg |
| BlackRock Executor & Trustee Co. Limited | United Kingdom |
| BlackRock Financial Management, Inc. | Delaware |
| BlackRock Financing, LLC | Delaware |
| BlackRock Finco, LLC | Delaware |
| BlackRock Finco UK, Ltd. | United Kingdom |
| BlackRock First Partner Limited | Jersey |
| BlackRock Funding, Inc. | Delaware |
| BlackRock Funding International, Ltd. | Cayman Islands |
| BlackRock Fund Management Company S.A. | Luxembourg |
| BlackRock Fund Managers (Isle of Man) Limited | Isle of Man |
| BlackRock Fund Managers Limited | United Kingdom |
| BlackRock Group Limited | United Kingdom |
| BlackRock Holdco Limited | Cayman Islands |
| BlackRock HK Holdco Limited | Hong Kong |
| BlackRock Holdco 1, LLC | Delaware |
| BlackRock Holdco 2, Inc. | Delaware |
| BlackRock Holdco 3, LLC | Delaware |
| BlackRock (Hong Kong) Limited | Hong Kong |
| BlackRock HPB Management LLC | Delaware |
| BlackRock India Private Ltd. | Mumbai, India |
| BlackRock (Institutional) Canada, Ltd. | Canada |
| BlackRock Institutional Management Corporation | Delaware |
| BlackRock Insurance PCC Limited | Isle of Man |
| BlackRock International, Ltd. | United Kingdom |
| BlackRock International Holdings, Inc. | Delaware |
| BlackRock Investments, Inc. | Delaware |
| BlackRock Investment Management (Australia) Limited | Victoria, Australia |
| BlackRock Investment Management B.V. | Netherlands |

---

SUBSIDIARIES OF REGISTRANT (Continued)

| Name of Subsidiary | Jurisdiction/State of Incorporation |
| --- | --- |