**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
BLACKROCK INC.,

                Plaintiff,

    -against-

SCHRODERS, PLC,

                Defendant.
-----------------------------------------------------------X

07 CIV 3183 (PKL)

**JUDGMENT**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/1/07
```

    Defendant having moved to dismiss on the grounds that this Court lacks personal jurisdiction having come before the Honorable Peter K Leisure, United States District Judge, and the Court, on May 30, 2007, having rendered its Opinion and Order granting defendant's motion to dismiss and dismissing the complaint, it is,

    **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated My 30, 2007, defendant's motion to dismiss is granted and the complaint is dismissed; accordingly, the case is closed.

**Dated:** New York, New York
       Jun 1, 2007

                                          Clerk of Court

                            BY: _____
                                              Deputy Clerk

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____